1  Linda Z. Voss (SBN 111434)
   **Law Offices of Linda Z. Voss**
2  **100 N. Brand Blvd. Ste. 14, Glendale, CA 91203**
   **1900 S. Norfolk St. Ste 350, San Mateo, CA 94403**
3  Phone: 888-999-4313; 818-813-4489

<br>

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY WOLFE, Individual<br><br>             Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CERTIFICATEHOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES I LLC, ASSET BACKED CERTIFICATES, SERIES 2005-AQ2, and all persons unknown, claiming any legal or equitable right, title, estate, lien, or interest in the property described in the complaint adverse to Plaintiffs' title, or any cloud on Plaintiffs' title thereto and, does, 1 through 100, inclusive,<br><br>             Defendants. | Case No.: **'13CV1112 JLS  NLS**<br><br>NOTICE OF LIS PENDENS |

NOTICE IS HEREBY GIVEN that an action has been commenced and is pending in the above-entitled court upon a Complaint of the above-named Plaintiff against the above-named Defendants. The complaint alleges a real property claim affecting real property located at 935 Merced River Rd, Chula Vista CA 91913, County of San Diego, State of California.

*Notice of Lis Pendens*

The legal description is attached as Exhibit A.

The subject of plaintiff's action in the above-entitled action are:

1. Cancellation Of Instruments: California Civil Code §3412

2. Violation Of California Business & Professions Code §17200, ET SEQ

3. Declaratory Relief

4. Wrongful Foreclosure

5. Quiet Title

May 09, 2013

*Linda Z. Voss, Esq.*
_____
LINDA Z. VOSS, ESQ
Attorney for Plaintiff

In re: Mary Wolfe and - - Case No: **CV12-4830-ODW (Ex)**

# CERTIFICATE OF SERVICE

I Daryl Pantaleon, declare that I am a resident of or employed in the County of Los Angeles, State of California. My address is 100 N. Brand Blvd., #14, Glendale, CA 91203. I am over the age of eighteen years of age and am not a party to this case.

On _____, I served the *Notice of Lis Pendens* to the party/parties below, by placing true and correct copies thereof encloses in a sealed envelope by mail-postage prepaid in the United States Mail as addressed as follows:

BANK OF AMERICA, NA
201 North Tyron Street.,
Charlotte NC 28255

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on May 8, 2013.

_____
Signature

*Notice of Lis Pendens*

All that certain real property situated in the County of SAN DIEGO, State of California, described as follows:

PARCEL A:

LOT 64 OF CHULA VISTA TRACT NO. 98-06A, OTAY RANCH VILLAGE 1 WEST (SOUTH) NEIGHBORHOOD R-55 , IN THE CITY OF CHULA VISTA, COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO MAP THEREOF NO. 14506, FILED IN THE OFFICE OF THE COUNTY RECORDER OF San Diego COUNTY, DECEMBER 11, 2002.

EXCEPTING THEREFROM ANY AND ALL OIL, OIL RIGHTS, MINERALS, MINERAL RIGHTS, NATURAL GAS RIGHTS AND OTHER HYDROCARBONS BY WHATSOEVER NAME KNOWN, GEOTHERMAL STEAM, ANY OTHER MATERIAL RESOURCES AND ALL PRODUCTS DERIVED FROM ANY OF THE FOREGOING, THAT MAY BE WITHIN OR UNDER SAID LAND, TOGETHER WITH THE PERPETUAL RIGHT OF DRILLING, MINING, EXPLORING AND OPERATING THEREFORE AND STORING IN AND REMOVING THE SAME FROM SAID LAND OR ANY OTHER LAND, INCLUDING THE RIGHT TO WHIPSTOCK OR DIRECTIONALLY DRILL AND MINE FROM LANDS OTHER THAN SAID LAND, OIL OR GAS WELLS, TUNNELS AND SHAFTS INTO, THROUGH OR ACROSS THE SUBSURFACE OF SAID LAND, AND TO BOTTOM SUCH WHIPSTOCKED OR DIRECTIONALLY DRILLED WELLS, TUNNELS AND SHAFTS UNDER AND BENEATH OR BEYOND THE EXTERIOR LIMITS THEREOF, AND TO REDRILL, RETUNNEL, EQUIP, MAINTAIN, REPAIR, DEEPEN AND OPERATE SUCH WELLS OR MINES, WITHOUT, HOWEVER, THE RIGHT TO DRILL, MINE, STORE, EXPLORE AND OPEATE THROUGH THE SURFACE OR THE UPPER 500 FEET OF SAID LAND, AS RESERVED BY OTAY PROJECT L.P., A CALIFORNIA LIMITED PARTNERSHIP IN DEED RECORDED AUGUST 23, 2002 AS FILE NO. 20002-0717773, OF OFFICIAL RECORDS.

PARCEL B:

A NON- EXCLUSVE EASEMENT FOR INGRESS, EGRESS, USE AND ENJOYMENT OVER, IN, TO AND THROUGHOUT THE COMMUNITY COMMON AREA PURSUANT TO THE TERMS OF THE DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS OF OTAY RANCH THREE, RECORDED APRIL 13, 2001, AS FILE NO. 2001-0230013 OF OFFICIAL RECORDS, WHICH IS APPURTENANT TO PARCEL A ABOVE DESCRIBED.

legal rev. (010698)